IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUSTIN L HANSLEY,<br><br>Defendant. | Case No. 1:23-mj- 181 |

## CRIMINAL INFORMATION

Count 1 (Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 27, 2023, at the George Bush Center for Intelligence in McLean, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AUSTIN L HANSLEY, did carry about his person, hidden from common observation, a pistol, without having been issued a valid concealed handgun permit.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 18.2-308).

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: September 20, 2023    By: _/s/ Cameron M. Etchart_
Cameron M. Etchart
Special Assistant United States Attorney (LT)

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2023, I will electronically file the foregoing with the Clerk of Court, which will then send a notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Cameron M. Etchart
Special Assistant United States Attorney