IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:23MJ181 |
| | ) | |
| AUSTIN HANSLEY, | ) | Hearing: October 26, 2023 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WAIVER OF APPEARANCE

I, Austin Hansley, have been informed of the hearing in my case set for October 26, 2023. My attorney has informed of my right to be present at any hearing relating to my case, and my right to voluntarily be absent from such hearing, pursuant to Rule 43 of the Federal Rules of Criminal Procedure. I understand that my attorney will represent my interests at the hearing on October 26. I hereby knowingly and voluntarily waive my right to be present at the hearing on October 26, 2023.

Respectfully Submitted,

*/s/ Austin Hansley*
Austin Hansley

Dated: 10/20/23, 2023