IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:23MJ181 |
| | ) | |
| AUSTIN HANSLEY, | ) | Hearing: October 26, 2023 |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of Defendant's Unopposed Motion to Waive Appearance, the Court hereby waives his appearance at the hearing set for October 26, 2023.

_____
Hon. William E. Fitzpatrick
United States Magistrate Judge

Dated: _____, 2023