IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:23MJ181
)
AUSTIN HANSLEY, ) Hearing: October 26, 2023
)
Defendant. )

## ORDER

Upon consideration of Defendant's Unopposed Motion to Waive Appearance, the Court hereby waives his appearance at the hearing set for October 26, 2023.

*William E. Fitzpatrick*

Hon. William E. Fitzpatrick
United States Magistrate Judge

Dated: _____October 23_____, 2023