PETTY OFFENSE DOCKET SHEET  
AND JUDGMENT ORDER  
COURTROOM # 500

Judicial Officer: WILLIAM E. FITZPATRICK

Location: FWS/GAME/CIA/PARKS

Page No. 1

Date of Proceedings: OCTOBER 26, 2023

| CASE | | | | | | DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Name & Address of Defendant | Offense | Date of Offense | Officer | Agency | Did Not Appear | Plea | Judg-ment | Fee | Special Assess. | $ Fine | Other/Remarks |
| 1:23-MJ-181<br>E1509931<br>1st Appr. | HANSLEY, Austin L. | Possession of a Concealed Handgun (Ct. I – M) | 7/27/23 | Palacios | EV37 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

In Court Time: _____HOURS_____MINUTES  (FTR)  Signature of Judicial Officer_____  Date_____