## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:23-MJ-181** |
| | ) | |
| **AUSTIN HANSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## WAIVER OF RIGHTS PURSUANT TO TITLE 18
## UNITED STATES CODE § 3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within seventy (70) days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby waive my right to a speedy trial and consent to scheduling the start of my trial beyond the speedy trial deadline.

Date: _____1/2/2024_____

_____
Signature of Defendant

Respectfully submitted,

By Counsel

_____
Brooke S. Rupert
Virginia Bar Number 79729
Attorney for the defendant
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0849 (telephone)
(703) 600-0880 (fax)
Brooke_Rupert@fd.org (e-mail)