UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA  JUDGE: <u>William E. Fitzpatrick</u>

-VS-  Date: 2/20/24___ Time: 10:00 a.m._

Case#: 23mj181  Hearing: Status

_____Austin Hansley___  Reporter: FTR GOLD SYSTEM
DEFENDANT

Clerk: Tina Fitzgerald

COUNSEL FOR UNITED STATES: Cameron Etchart_____

COUNSEL FOR DEFENDANT: ____Brooke Rupert_____

INTERPRETER: _____  LANGUAGE: _____

(   ) DEFT APPEARED (    ) WITH COUNSEL (    ) WITHOUT COUNSEL

(   ) DEFT FAILED TO APPEAR (    ) WARRANT TO BE ISSUED

(   ) RULE 5 ADVISEMENT AND/OR DEFT READ & UNDERSTOOD CHARGES

(   ) PLEA OF GUILTY TO COUNT(S) _____

(   ) COURT TO APPOINT COUNSEL    (   )CJA    (   )FPD

(   ) CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE    (    ) ORAL

(   ) DUE PROCESS ORDER SIGNED

(   ) DEFT FOUND GUILTY/ FOUND NOT GUILTY

(   ) COUNT(S) _____ _____ DISMISSED

**MINUTES: Deft was not present (Motion to waive appearance has been filed on 2/9/24). Oral Motion to withdraw as counsel-Granted for reason stated in open court. Court to appoint CJA counsel to represent deft. Matter set for Status on 3/19/24 @ 10am w/WEF.**