IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | |
| ) | Criminal No. 1:23mj181 |
| AUSTIN L. HANSLEY ) | Hon. William E. Fitzpatrick |
| ) | |
| DEFENDANT ) | |

## ORDER

This matter came before the Court for a bench trial. The Government appeared in person by Special Assistant United States Attorney Cameron Etchart; the Defendant, having waived his personal appearance did not appear; and his counsel Brooke Rupert, Assistant Federal Public Defender, appeared in person on behalf of the Defendant.

Ms. Ruppert represented that communications between her and her client have broken down and requested to be relived. There was no objection voiced by the Government, and therefore, based upon the representations of counsel, it is hereby

**ORDERED** that the office of the Federal Public Defender, and specifically Brooke Rupert, Esquire, are hereby relieved as counsel for the Defendant in this case; it is further

**ORDERED** that new counsel be appointed from the Criminal Justice Act list to represent Mr. Hansley; it is further

**ORDERED** that this matter is **CONTINUED** to March 19, 2024 at 10:00 am for a status conference before the undersigned; it is further

**ORDERED** that the time between today and March 19, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C., §3161(a), as the delay in the trial of this matter is necessitated by the Defendant's request for the appointment of new counsel, and, specifically, the need for new counsel to be appointed, review discovery, consult with the Defendant, and prepare for trial.

February 20, 2024
Alexandria, Virginia

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge